## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDGARDO MILAN,** | : | **CIVIL ACTION NO. 1:06-CV-898** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **CHIEF LENKER, JOHN FRYE,** | : | |
| **STEELTON BOROUGH, and** | : | |
| **THREE UNKNOWN STEELTON** | : | |
| **BOROUGH POLICE OFFICERS,** | : | |
| **Defendants** | : | |

### SHOW CAUSE ORDER

On May 1, 2006, a summons was issued in the captioned action.  No return of service has been filed to date.  Accordingly, **IT IS HEREBY ORDERED THAT** within fifteen (15) days of the date of this order Plaintiff shall show cause why this action should not be dismissed for failure to serve the complaint within 120 days pursuant to Federal Rule of Civil Procedure 4(m).


  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge


Dated:      August 31, 2006